UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN EDWARD ROYA, | |
|---|---|
| Plaintiff, | Case No. 20-cv-02108-RS |
| v. | **ORDER REOPENING CASE** |
| EVERPORT-EVERGREEN TERMINAL SERVICES, et al., | |
| Defendants. | |

This case was dismissed with prejudice after plaintiff failed to file an amended complaint by the deadline. It now appears plaintiff did in fact file an amended complaint by mail before the deadline, but due to a clerical error, it did not reach the Court until after the dismissal. The amended complaint was still filed outside the allotted time, but given plaintiff's pro se status and the recent closure of the courthouse, it will nevertheless be considered. Accordingly, this action is REOPENED. The Clerk shall modify the docket to reflect this. The judgment and the order of dismissal, ECF No. 28, 29, are VACATED.

**IT IS SO ORDERED**.

Dated: June 10, 2020

RICHARD SEEBORG
United States District Judge